

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-25-00003-CV

———————————————————

PREMIER WEATHERPROOFING, LLC D/B/A PREMIER
WEATHERPROOFING OF TEXAS AND TEJAS SPECIALTY CONCRETE
COATINGS, LLC D/B/A SPECIALTY CONCRETE COATINGS OF TEXAS,
Appellants

V.

UNITED SPECIALTY INSURANCE COMPANY, Appellee

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-340831-23

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On January 6, 2025, and January 17, 2025, we warned Appellants that we would dismiss this appeal unless they paid the filing fee within ten days. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. The ten days have passed, and Appellants have not paid the fee. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: February 6, 2025